UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 8:21-cv-01308-CJC-ADS | Date | January 6, 2022 |
|---|---|---|---|
| Title | Tara Farkhondeh et al v. Anthony J. Blinken, et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT COURT JUDGE

| Elsa Vargas for Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiffs that this action has been resolved by a Notice of Voluntary Dismissal [15], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

_____ : _____

Initials of Deputy Clerk   eva/rrp